No. 63668.—The Marhill Co., Inc. v. United States, protests 58/9015, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of mother-of-pearl disks similar in all material respects to those the subject of *Paramount Import Export Co. et al.* v. *United States* (45 C.C.P.A. 82, C.A.D. 677), the claim of the plaintiff was sustained.